# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2720
LT Case No. 2022-CF-058377-A

———————————————

JADYN EMILIO BRITO,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael Mario Pirolo,
Chief Assistant Public Defender, Viera, for Petitioner.

No Appearance for Respondent.

October 18, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 27, 2024, judgment and sentence rendered in Case No. 2022-CF-058377-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____